*Lawrence G. Rosenthal, Pamela Levin Cameron* and *Mark A. Rosenblum,* in support of the petition.

*Peter R. Huntsman,* assistant attorney general, in opposition.

Decided March 23, 2005

STATE OF CONNECTICUT *v.* JAMAAL COLTHERST

The defendant's petition for certification for appeal from the Appellate Court, 87 Conn. App. 93 (AC 25175), is denied.

*Moira L. Buckley,* special public defender, in support of the petition.

*Bruce R. Lockwood,* assistant state's attorney, in opposition.

Decided March 23, 2005

ABRAHAM RUBEL *v.* ELEANOR P. WAINWRIGHT ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 86 Conn. App. 728 (AC 23362), is denied.

*Cynthia I. Crockett,* in support of the petition.

*Barbara A. Frederick* and *Kerry R. Callahan,* in opposition.

Decided March 31, 2005

STATE OF CONNECTICUT *v.* ALBERT RUPAR

The defendant's petition for certification for appeal from the Appellate Court, 86 Conn. App. 641 (AC 24202), is denied.